No. 91–6154. ALEXANDER, AKA WASHINGTON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 91–6163. MOORE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 91–6164. ORTIZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–6165. LUA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–6166. ANDINO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 91–6171. SCHILLACI *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE. C. A. 5th Cir. Certiorari denied.

No. 91–6172. FLOR *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–6175. O'DELL ET AL. *v.* THOMPSON, WARDEN, ET AL. Sup. Ct. Va. Certiorari denied.

No. 91–6176. GARRETT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–6177. MARTIN ET AL. *v.* MEDICAL CENTER OF DELAWARE. C. A. 3d Cir. Certiorari denied.

No. 91–6179. JOHNSON ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–6180. SHAKUR *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–6185. ROGERS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–6186. NUNN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–6187. WEBB *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.